```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                     Criminal No. 07-278(PAM)
```

UNITED STATES OF AMERICA,    )
         Plaintiff,    )
                             )    **ORDER**
v.    )
                             )
(1) JAFARI TYWAN BANKS, and    )
(3) CORNELIUS WINFIELD WALKER    )
         Defendants.    )

This matter is before the Court on the government's motion to seal. NOW, THEREFORE, IT IS HEREBY ORDERED that the government's motion is granted.

Dated: November 7, 2008

                                          <u>S/Paul A. Magnuson</u>
                                          THE HONORABLE PAUL A. MAGNUSON
                                          United States District Judge
                                          District of Minnesota