UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 07-278 (PAM/AJB) - 1

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** TO FILE SENTENCING MEMORANDUM **UNDER SEAL** |
| JAFARI TYWAN BANKS, | |
| Defendant | |

_____

This matter is before the Court on Defendant's Motion for an Order to File Sentencing Memorandum Under Seal. Therefore,

IT IS HEREBY ORDERED that Defendant Jafari Tywan Banks' Sentencing Memorandum is filed under seal.

Dated: November 20, 2008

                                                                  s/Paul A. Magnuson
                                                                  PAUL A. MAGNUSON
                                                                  United States District Court Judge