UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-278(1)(PAM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| (1) JAFARI TYWAN BANKS, ) | |
| Defendant. ) | |

This matter is before the Court on the government's motion to seal.  NOW, THEREFORE, IT IS HEREBY ORDERED that the government's motion is granted.

Dated: April   28  , 2009

                                          S/Paul A. Magnuson
                                          THE HONORABLE PAUL A. MAGNUSON
                                          United States District Judge
                                            District of Minnesota