UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 07-278 (PAM/AJB) - 1

_____

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** TO FILE Rule 35 MEMORANDUM **UNDER SEAL** |
| JAFARI TYWAN BANKS, | |
| Defendant | |

_____

This matter is before the Court on Defendant's Motion for an Order to File his Rule 35 Memorandum Under Seal. Therefore,

IT IS HEREBY ORDERED that Defendant Jafari Tywan Banks' Rule 35 Memorandum is filed under seal.

Dated: May 13, 2010

 s/Paul A. Magnuson
PAUL A. MAGNUSON
United States District Court Judge